**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 9, 2015.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

---

### NO. 14-14-00860-CV

---

**DEBRA V. JENNINGS, ESQ. AND DEBRA V. JENNINGS, P.L.L.C.,
Appellant**

**V.**

**AMERICAN ASSET FINANCE, L.L.C., Appellee**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1030758-401**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 17, 2014. On July 2, 2015, appellant filed an agreed motion to dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan